ADAM L. BRAVERMAN
United States Attorney
MIKAELA L. WEBER
Assistant United States Attorney
California State Bar No. 279391
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9734

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH DANIEL COFFMAN,<br><br>　　　　Defendant. | Case No. 18MJ0335-KSC<br><br>NOTICE OF APPEARANCE |

　　TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

　　I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

　　The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

　　　　<u>Name</u>

　　　　None.

　　Effective this date, <u>the following attorneys are no longer</u>

MLWE:*:1/25/2018

associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    Name

    None.

Please feel free to call me if you have any questions about this notice.

DATED: January 25, 2018.

    Respectfully submitted,

    ADAM L. BRAVERMAN
    United States Attorney

    *s/Mikaela L. Weber*
    MIKAELA L. WEBER
    Assistant United States Attorney
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH DANIEL COFFMAN,<br><br>    Defendant. | Case No. 18MJ0335-KSC<br><br><br>CERTIFICATE OF SERVICE |
|---|---|

IT IS HEREBY CERTIFIED THAT:

I, Mikaela L. Weber, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance as lead counsel for the United States, and this Certificate of Service, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

To: Paul Turner, Esquire

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 25, 2018.

                                       ADAM L. BRAVERMAN
                                       United States Attorney

                                       *s/Mikaela L. Weber*
                                       MIKAELA L. WEBER
                                       Assistant United States Attorney
                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA